1  David T. Biderman, Bar No. 101577
   DBiderman@perkinscoie.com
2  Daniel D. O'Shea, Bar No. 238534
   DOShea@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, CA  94105-3204
   Telephone:  415.344.7000
5  Facsimile:   415.344.7050

6  Attorneys for Defendants
   CALIBER HOME LOANS, INC. and SUMMIT
7  MANAGEMENT COMPANY, LLC (erroneously
   sued as SUMMIT TRUSTEE SERVICES, LLC)
8

9                UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12 | GARY GRANGER and ELENA GRANGER, | Case No. 1:15-CV-01314-EPG |
   |---|---|
13 | | **ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE** |
   | Plaintiffs, | |
14 | | |
   | v. | |
15 | | |
   | BANK OF AMERICA, N.A.; CALIBER HOME LOANS, INC; SUMMIT TRUSTEE SERVICES, LLC; DOES 1-50 inclusive, | Filed concurrently with Request |
16 | | |
   | | Date:  April 25, 2016 |
17 | | Time: 10:00 a.m. |
   | | Dept.: 10 |
18 | Defendants. | |

[PROPOSED] ORDER
1:15-CV-01314-EPG
70329-0236/130666664.1

1  The Court has reviewed the request by defendants CALIBER HOME LOANS, INC. and
2  SUMMIT MANAGEMENT COMPANY, LLC (erroneously sued as SUMMIT TRUSTEE
3  SERVICES, LLC) ("Defendants") for leave for its counsel of record, Daniel O'Shea, to appear
4  by telephone at the status conference set for April 25, 2016 at 10:00 a.m., and, finding good
5  cause therefor, rules as follows: Defendants' request for leave to appear by telephone is
6  GRANTED.

IT IS SO ORDERED.

   Dated:   **April 18, 2016**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE