# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GRANGER, ELENA GRANGER,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>Defendants. | Case No. 1:15-cv-01314-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS CALIBER HOME LOANS, INC. AND SUMMIT TRUSTEE SERVICES, LLC<br><br>(ECF No. 50) |

On October 12, 2017, Plaintiffs and Defendants Caliber Home Loans, Inc. and Summit Trustee Services, LLC filed a stipulation voluntary dismissal. (ECF No. 50). Thus, the claims against Defendants Caliber Home Loans, Inc. and Summit Trustee Services, LLC have been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants Caliber Home Loans, Inc. and Summit Trustee Services, LLC on the docket. This case now proceeds on Plaintiffs' claims against Defendant Bank of America, N.A.

IT IS SO ORDERED.

Dated: **October 16, 2017**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1