Bart Barringer CSB #131756
LAW OFFICES OF MAYOL & BARRINGER, LLP
P.O. Box 3049
Modesto, CA 95353
Telephone: (209) 544-9555
Facsimile: (209) 544-9875
Email: bbarringer@mblaw.com

Attorneys for Plaintiffs
    GARY M. GRANGER AND ELENA GRANGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GRANGER, ELENA GRANGER | Case No. 1:15-cv-01314-EPG |
| Plaintiffs, | REVISIONS TO BRIEFING SCHEDULE; ORDER THEREON |
| vs. | |
| BANK OF AMERICA, N.A.; CALIBER HOME LOANS, INC.; SUMMIT TRUSTEE SERVICES, LLC; DOES 1-50 inclusive | |
| Defendant | |

Pursuant to the Court's Minute Order of October 23, 2017, the parties to this matter submit the following proposed revised briefing schedule:

Initial Disclosures:    February 2017

Nonexpert Discovery Cut Off:    May 31, 2018

Expert Disclosure:    July 2, 2018

Rebuttal Expert Disclosure:    August 3, 2018

Expert Discovery Cut Off:    October 5, 2018

Dispositive Motion Filing Deadline:    November 9, 2018

6260-PL-PROPOSED REVISIONS TO BRIEFING SCHEDULE

Settlement Conference:     Not Set

Pretrial Conference:       March 20, 2019

Jury Trial (5 day estimate): May 21, 2019

DATED:  October 30, 2017          LAW OFFICS OF MAYOL & BARRINGER


By:   _/S. W. Bart Barringer_____
           W. BART BARRINGER
           Attorney for Plaintiffs
           GARY AND ELENA GRANGER

Dated:  October 30, 2017          SEVERSON & WERSON


By:   ___/S/ Joel C. Spann_____
           Joel C. Spann
           Attorney for Defendant
           Bank of America, N.A.

The Court grants the parties' revisions as follows and notes that there will be no further extensions to the schedule granted, absent extraordinary circumstances.

| | |
|---|---|
| Nonexpert Discovery Cut Off: | May 31, 2018 |
| Expert Disclosure: | July 2, 2018 |
| Rebuttal Expert Disclosure: | August 3, 2018 |
| Expert Discovery Cut Off: | October 5, 2018 |
| Dispositive Motion Filing Deadline: | November 9, 2018 |
| Settlement Conference: | Not Set |
| Pretrial Conference: | March 21, 2019, at 11:00 AM |
| Jury Trial (5 day estimate): | May 21, 2019, at 8:30 AM |

IT IS SO ORDERED.

Dated:   **November 3, 2017**          /s/ Eric P. Grosz

UNITED STATES MAGISTRATE JUDGE

6260-PL-PROPOSED REVISIONS TO BRIEFING SCHEDULE