# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GRANGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 1:15-cv-01314-EPG <br><br> ORDER RE SETTLEMENT CONFERENCE |

This action has been referred to the undersigned for a settlement conference and a settlement conference is currently set for November 27, 2018, at 10:00 a.m. in Courtroom 9 before the undersigned. Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms** at the conference.

Counsel is requested to advise their clients of the following. In conducting a settlement conference, the Court acts as a neutral and impartial arbiter to assist the parties in exploring a voluntary settlement of the dispute. In order to effectively act as a settlement judge, this Court spends considerable time preparing for the settlement conference by familiarizing himself with the facts and law that applies to the action so as to make it meaningful to the parties and that there is a greater likelihood of settlement success based upon a facilitating approach. In conducting a settlement conference, the Court candidly discusses with all parties the strengths and weaknesses of their case based upon the record before the court. While this process is quite familiar to

1

counsel, clients are often not familiar with this approach and candor. Counsel should ensure that their clients understand and appreciate this concept so as to provide a more meaningful discussion and to avoid misinterpretation of the Court's intent behind settlement. The Court reminds the parties that the sole decision regarding settlement lies with the parties and not the Court. If the parties do not agree with this approach, then the parties are free to cancel the settlement conference with the Court by advising chambers within seven (7) days of this order of their intent to cancel the conference.

*Confidential Settlement Conference Statement:* At least seven (7) court days prior to the Settlement Conference, the parties shall submit a Confidential Settlement Conference Statement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of Lodging of Settlement Conference Statement. Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

- A. A brief statement of the facts of the case.
- B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
- C. A summary of the proceedings to date.
- D. An estimate of the cost and time to be expended for further discovery, pretrial and trial.
- E. The relief sought.
- F. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case.

As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated: __**September 17, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE