# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GRANGER, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 1:15-cv-01314-EPG <br><br> **ORDER GRANTING CONTINUANCE** <br><br> (ECF No. 72) |

On December 7, 2018, the parties filed a stipulation to continue the hearing on Defendant's motion for summary judgment (ECF No. 72). The parties state in the stipulation that they have agreed to settle the case and are in the process of formalizing the settlement agreement. The Court finds good cause for granting the requested continuance.

IT IS ORDERED that the hearing on Defendant's motion for summary judgment set for December 14, 2018, is vacated and reset to **January 25, 2019, at 10:30 a.m.**, in Courtroom 10, before Magistrate Judge Erica P. Grosjean. This reset hearing will be automatically vacated upon the filing by the parties of the appropriate dispositional documents.

IT IS SO ORDERED.

Dated:   **December 10, 2018**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1