# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GRANGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Case No. 1:15-cv-01314-EPG <br><br> ORDER RE: STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE <br><br> (ECF No. 75) |

Plaintiffs, Gary Granger and Elena Granger, and Defendant, Bank of America, N.A., through their respective counsel, have filed a stipulation to dismiss with prejudice the action against Bank of America, N.A. (ECF No. 75). In light of the stipulation, and the previous dismissal of all other defendants (ECF No. 51), the case has ended and is dismissed in its entirety with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated: **January 9, 2019**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE